1  BENJAMIN B. WAGNER
United States Attorney
2  MELANIE L. ALSWORTH
Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
Fresno, CA 93721
4  Telephone: (559) 497-4000
Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
United States of America
7

8                     IN THE UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | CASE NO.  1:13-CR-00016  AWI |
| 12                    Plaintiff, | MOTION TO DISMISS; ORDER |
| 13            v. | |
| 14  GUADAPULE CARDENAS | |
| 15            Defendant. | |

16

17     The United States of America, by and through Benjamin B. Wagner, United States Attorney, and

18  Melanie L. Alsworth, Assistant U.S. Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal

19  Procedure, hereby moves to dismiss without prejudice the indictment against GUADALUPE

20  CARDENAS in the interest of justice.

21  Dated:  June 6, 2013               BENJAMIN B. WAGNER
                                        United States Attorney
22

23
                                         /s/ Melanie L. Alsworth
24                                       MELANIE L. ALSWORTH
                                         Assistant United States Attorney
25

26

27

28

Motion to Dismiss                    1

BENJAMIN B. WAGNER
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:13-CR-00016 AWI |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| GUADAPULE CARDENAS | |
| Defendant. | |

**ORDER**

IT IS HEREBY ORDERED in the interest of justice that the indictment against GUADALUPE CARDENAS be dismissed without prejudice.

IT IS SO ORDERED.

Dated:  June 6, 2013                    _____
                                        SENIOR DISTRICT JUDGE